

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-22-00002-CV

**IN THE INTEREST OF A.H.L**., et al, children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00021
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On December 30, 2021, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed on or about December 7, 2021. The clerk's record was filed on January 10, 2022, and does not contain an order terminating appellant's parental rights. In response to this court's inquiry, the trial court clerk confirmed the trial court has not received a final order. Generally, "an appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court